Order affirmed upon conditions above specified.

---

SAMUEL POMERANTZ, Respondent, *v.* LOUIS SROKA, Appellant.

(Supreme Court, Appellate Term, February, 1907.)

Municipal Courts — Procedure — Transfer to another court or district — Demand.

> A demand for the change of the place of trial of an action brought in the Municipal Court to the proper district, must be made upon or before the joinder of issue, in writing, or upon or before the joinder of issue, in open court, and must specify the district to which a transfer should be made.

APPEAL by the defendant from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, eighth district, borough of Manhattan.

Cybulsky & Eder, for appellant.

MacLEAN, J. According to the return, issue was joined herein on August 21, 1906; and the cause, twice adjourned, was heard on September 19, 1906. The plaintiff was called; and, after he had testified to his residence, counsel for the defendant moved to transfer the cause to the proper district. This was denied and an exception taken. "As it frequently occurs in the Municipal Court that issue is joined in open court, not in writing or by written pleadings, the proper construction of that section (Mun. Ct. Act, § 25, subd. 4) is that the defendant must demand that the change of the

place of trial be made upon or before joinder of issue in writing, or upon or before joinder of issue in open court." Fischer v. Brooklyn Heights R. Co., 84 N. Y. Supp. 254, 256. This the defendant did not do, and he also failed to specify the district to which the transfer was requested to be made. The judgment should be affirmed, with costs. .

Gildersleeve and Amend, JJ., concur.

Judgment affirmed, with costs.